# Court of Appeals
# of the State of Georgia

ATLANTA, March 26, 2024

*The Court of Appeals hereby passes the following order:*

## A24E0051. MOE'S FRANCHISOR SPV LLC et al v. TAYLOR INVESTMENT PARTNERS II, LLC et al.

The appellants have a filed an emergency motion with this Court seeking a stay of the Superior Court's March 20, 2024 order styled as an order granting appellant's motion for supersedeas or injunction pending appeal. In that order, under the auspices of a supersedeas, the superior court in effect granted the appellants all of the relief that was previously denied by the Superior Court in a March 8, 2024 order denying the appellants' motion for temporary restraining order and interlocutory injunction.

"In the exercise of its inherent power, this Court may issue such orders or give such direction to the trial court as may be necessary to preserve jurisdiction of an appeal or to prevent the contested issue from becoming moot." Court of Appeals Rule 40 (b). "If the thing sought to be enjoined in fact takes place, the grant or denial of the injunction becomes moot." (Citation and punctuation omitted.) *Cobb County. v. Mable Oak Dev.*, 366 Ga. App. 561, 563 (883 SE2d 571) (2023). Because the issues on appeal could become moot and because the prior order denying the relief in question is already the subject of an appeal in this Court, the emergency motion is hereby **GRANTED**. The Superior Court's order of March 20, 2024 is stayed pending the completion of the appeal or further order of this Court.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 03/26/2024

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk.